GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile:  (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HUFFMAN & THERESA HUFFMAN, individually, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a corporation, aka TARGET INC., a corporation<br><br>Defendants. | Case No. 11-00488-MCE-EFB<br><br>**SUGGESTION OF BANKRUPTCY**<br><br>Complaint Filed:  1/14/11<br>[Sacramento County Superior Court Case No: 34-2011-00095158] |

PLEASE TAKE NOTICE that on March 12, 2011, Plaintiffs GERALD HUFFMAN & THERESA HUFFMAN filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of California for relief under chapter 13 of the United States Code (the "Bankruptcy Code") referenced as Case No. 11-26166 E – 13.  A copy of the Notice of Chapter 13 Bankruptcy is attached hereto as Exhibit A.

DATED:  March 24, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:  /s/    Gail C. Trabish
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

26634\536184